UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON LAGANDEAN a/k/a LEON BARNES,<br>　　　　　　　　　　　　　　　　Plaintiff,<br>　　v.<br>SERGEANT SCOTT WATERS; CORRECTION OFFICERS CHAD BESCHLER; BRIAN ENO; JUSTICE JONES; DEREK EVANS; ZACHARY SIMPSON; DANIEL MOOSE; JESS PAUCKE,<br>　　　　　　　　　　　　　　　　Defendants. | **Rule 41(a) Partial Stipulation of Dismissal**<br><br>21-cv-6200 (CJS) |

To the Clerk of the Court and all parties of record:

　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties by and through their counsel, hereby give notice of the voluntary dismissal with prejudice and without costs or fees to either party, of all claims against **Defendant Brian Eno**.

August 25, 2023

s/ *Leo Glickman*
Leo Glickman, Esq.
Stoll, Glickman & Bellina, LLP
*Attorneys for Plaintiff*
5030 Broadway, Ste. 652
New York, New York 10034
(718) 852-3710
lglickman@stollglickman.com

*s/ Matthew D. Brown*
Matthew D. Brown
Assistant Attorney General
*Attorney for Defendants*
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
(585) 327-3257
Matthew.brown@ag.ny.gov