

5030 Broadway, Ste. 652
New York, NY 10034
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Honorable Charles J. Siragusa   June 3, 2024
United States District Judge
Western District of New York
100 State St.
Rochester, NY 14614
BY ECF

        Re:    <u>Barnes/Lagandean v. Waters</u>
                6:21-cv-06200-CJS-MJP

Your Honor –

Plaintiff writes to inform the court that the parties were unable to come to an agreement to settle the above referenced matter. At this time, it appears that the case will need to be tried.

Plaintiff thanks the court for its consideration and attention to this matter.

Respectfully submitted,

/S/

Leo Glickman
*Attorney for Plaintiff*